IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY WAYNE OLIVER, | ) | |
| Petitioner(s), | ) | No. C 07-6389 CRB (PR) |
| | ) | |
| vs. | ) | ORDER OF TRANSFER |
| | ) | |
| CDCR, et al., | ) | |
| Respondent(s). | ) | |
| | ) | |

Petitioner, a prisoner at Ironwood State Prison in Blythe, California, has filed a petition for a writ of habeas corpus and/or writ of mandamus challenging the conditions of his confinement.  He specifically seeks the return of personal legal materials.

Regardless of whether this action may be brought in habeas or mandamus, or must be brought in a civil rights complaint under 42 U.S.C. § 1983, it must be brought in the United States District Court for the Central District of California, Eastern Division, where petitioner is incarcerated and where a substantial part of the events or omissions giving rise to petitioner's claim occurred.  See 28 U.S.C. § 84(c)(1).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Central District of California, Eastern Division.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED:   December 19, 2007

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.07\Oliver, A1.or1.wpd