UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


ANTHONY W. OLIVER,

                    Plaintiff,

    v.

CA DEPT OF CORRECTIONS et al,

                    Defendant.

_____ /

Case Number: CV07-06389 CRB

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Anthony Wayne Oliver C-94894
Ironwood State Prison
P.O. Box 2199
Blythe, CA 92226

Dated: December 20, 2007

                        Richard W. Wieking, Clerk
                        By: Frank Justiliano, Deputy Clerk