**FILED**
JAN 0 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Richard W. Wieking
Clerk

**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov



December 21, 2007

U.S. District Court
Central District of California, Eastern Division
Post Office Box 13000
Riverside, CA 92502-3000

**ED CV 07 - 01686 (JWJ)**

RE: CV 07-06389 CRB(PR)  ANTHONY W. OLIVER-v-CA DEPT OF CORRECTIONS

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☐ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Maria Loo
Case Systems Administrator

Enclosures
Copies to counsel of record